|  |  |
|---|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS** <br><br> **DIVISION OF ST. CROIX** | |
| **TIFFANY E.V. MOORHEAD,** <br><br>      Plaintiff, <br><br>   v. <br><br> **CHARLES C. MOORHEAD, SHELLEY MOORHEAD, the United States of America and all persons known or Unknown,** having or claiming *any* legal or equitable right, title, estate, lien, or interest in Plot No. 48 King Street, Town of Christiansted, St. Croix, U.S. Virgin Islands, adverse to Plaintiff's title or any cloud on Plaintiff's title thereto, <br><br>      Defendants. <br> _____ | 1:19-cv-00009 |

**TO:**  Jeffrey B.C. Moorhead, Esq.
    Nathan J. Mirocha, Esq.
    Angela P. Tyson-Floyd, Esq., AUSA

## ORDER

THIS MATTER is before the Court upon Referee Kurt A. Walcott's "Motion For Extension Of Time And The Appointment Of Appraiser" (ECF No. 23).

Having reviewed the motion, the Court orders the attorneys for all named parties to respond to the motion by Friday, November 8, 2019 at 5:00 p.m. Additionally, Court will set a hearing regarding the motion for November 13, 2019, at 2:00 p.m. in **Magistrate Courtroom**.

WHEREFORE, it is now hereby ORDERED:

1. That the attorneys for the named parties are to respond to Referee Kurt A. Walcott's "Motion For Extension Of Time And The Appointment Of Appraiser" (ECF No. 23) by **5:00 p.m. on Friday, November 8, 2019**.

2. The attorneys for the parties are to attend a hearing regarding said motion on **November 13, 2019, at 2:00 p.m.** in **Magistrate Courtroom.**

ENTER:

Dated: November 1, 2019

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
MAGISTRATE JUDGE